JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CONSTANTIN DENIS MIHAI and ARNOLD NAPOLES,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01127-JAD-DJA<br><br>**Stipulation and Order**<br><br>**(Second Request)** |

Plaintiffs Constantin Denis Mihai and Arnold Napoles and Defendants Alejandro Mayorkas, Secretary of Homeland Security, US Department of Homeland Security, Ur M. Jaddou, Acting Director of U.S. Citizenship and Immigration Services, United States Citizenship and Immigration Services and United States of America ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiffs filed their Complaint on July 19, 2023.

Plaintiffs served the United States with a copy of the Summons and Complaint via Certified Mail on August 4, 2023.

The current deadline for the United States to respond to the Plaintiffs' Complaint is on December 4, 2023.

Plaintiffs and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from December 4, 2023, to February 2, 2024, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the second request for an extension of time.

Since the filing of the first request for extension, the Agency has conducted an interview with the plaintiffs and their petition is still being processed.

The additional 60 days are necessary for the Agency to evaluate and adjudicate plaintiffs' petition.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to February 2, 2024.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 24th day of November 2023.

| REZA ATHARI, MILLS & FINK, PLLC | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/Gary Fink*<br>GARY FINK, ESQ.<br>Nevada Bar No. 8064<br>3365 Pepper Lane, Suite #102<br>Las Vegas, Nevada 89120<br>*Attorney for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 11/27/2023