JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANTIN DENIS MIHAI and ARNOLD NAPOLES,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01127-JAD-DJA<br><br>**Stipulation and Order for Dismissal**<br><br>ECF No. 14 |

Plaintiffs Constantin Denis Mihai and Arnold Napoles ("Plaintiffs"), and Federal Defendants United States of America, Alejandro Mayorkas, Ur M. Jaddou, U.S. Department of Homeland Security, and U.S. Citizenship and Immigration Services ("Federal Defendants"),

/ / /

/ / /

/ / /

/ / /

hereby stipulate to the dismissal with prejudice of each and every cause of action alleged in the Complaint filed in this case (ECF No. 1), each party to bear its own fees and costs.

Respectfully submitted this 29th day of October 2024.

| REZA ATHARI, MILLS & FINK, PLLC | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Gary Fink, Esq.*<br>GARY FINK, ESQ.<br>Nevada Bar No. 8064<br>3365 Pepper Lane, Suite #102<br>Las Vegas, Nevada 89120<br>*Attorney for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |

## ORDER

Based on the parties' stipulation [ECF No. 14] and with good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED with prejudice**, each side to bear its own fees and costs.  The Clerk of Court is directed t**o CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 30, 2024